IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROLANDA LLOYD,

        Plaintiff,

v.

GREATER CLEVELAND REGIONAL
TRANSIT AUTHORITY,

        Defendant.

Case No. 1:18-cv-01557

Judge Pamela A. Barker

## VERDICT FORM: DISABILITY DISCRIMINATION

On Plaintiff's claim of disability discrimination under the Americans with Disabilities Act Amendments Act of 2008 and R.C. § 4112, we find in favor of (check one):

✓    Plaintiff Rolanda Lloyd

___    Defendant Greater Cleveland Regional Transit Authority

All jurors sign below.
If you found in favor of Plaintiff on her claim, proceed to the damages verdict form.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROLANDA LLOYD,

        Plaintiff,

v.

GREATER CLEVELAND REGIONAL
TRANSIT AUTHORITY,

        Defendant.

Case No. 1:18-cv-01557

Judge Pamela A. Barker

DAMAGES VERDICT FORM

***Complete this form only if you found for Plaintiff on her claim(s)***

We award damages to Plaintiff as follows:

1. Compensatory Damages     $ 0

2. Back Pay and Benefits     $ 105,000.00

urors sign below.

FOREPERSON

11-05-2021
DATE