IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Roland Lloyd, | Case No. 1: 18 CV 1557 |
| Plaintiff, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Greater Cleveland Regional Transit Authority, | JUDGMENT ENTRY |
| Defendant. | |

This matter came before the Court for a jury trial beginning on November 3, 2021. On November 5, 2021, the Jury returned its verdict in favor of the Plaintiff, Rolanda Llyod. In accordance with the verdict in this case, the Court hereby enters judgment in favor of the Plaintiff Rolanda Lloyd and against the Defendant, Greater Cleveland Regional Transit Authority, in the amount of $105,000.00.

Date:  November 5, 2021

IT IS SO ORDERED.

 *s/  Pamela A. Barker*
PAMELA A. BARKER
U. S. DISTRICT JUDGE