IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROLANDA LLOYD, | ) | CASE NO. 1:18 CV 01557 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | **PLAINTIFF'S MOTION FOR AN** |
| | ) | **AWARD OF ATTORNEYS' FEES,** |
| GREATER CLEVELAND REGIONAL | ) | **COSTS AND PREJUDGMENT** |
| TRANSIT AUTHORITY | ) | **INTEREST AGAINST DEFENDANT** |
| | ) | |
| Defendant. | ) | |

Plaintiff, Rolanda Lloyd, by and through undersigned counsel, respectfully moves this Honorable Court for a Judgment against Defendant Greater Cleveland Regional Transit Authority, awarding attorneys' fees and costs to Lloyd's counsel in this matter. As Lloyd was the prevailing party in her claim brought under The Americans with Disabilities Act ("ADA"), she is entitled to, and should be awarded, reasonable attorneys' fees and costs. Separately, because Lloyd was the prevailing party in her claim under R.C. § 4112, she should be entitled to costs, as well as prejudgment interest. A memorandum in support is attached hereto.

Respectfully submitted,

*/s/ Fred M. Bean*

Fred M. Bean (0086756)
Taurean J. Shattuck (0097364)
**THE SPITZ LAW FIRM, LLC**
25825 Science Park Drive, Suite 200
Beachwood, Ohio 44122
Phone: (216) 291-4744
Fax:     (216) 291-5744
Email: Fred.Bean@SpitzLawFirm.com
          Taurean.Shattuck@SpitzLawFirm.com

*Attorneys For Plaintiff Rolanda Lloyd*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, a copy of the foregoing was filed on the Court's Online Filing System and made available to all parties:

*/s/ Fred M. Bean*
Fred M. Bean (0086756)
Taurean J. Shattuck (0097364)
**THE SPITZ LAW FIRM, LLC**