IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROLANDA LLOYD, | ) | CASE NO. 1:18 CV 01557 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | **NOTICE OF SATISFACTION OF** |
| | ) | **JUDGMENT** |
| GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Rolanda Lloyd ("Plaintiff"), and Defendant Greater Cleveland Regional Transit Authority ("Defendant"), through the undersigned counsel, hereby notify the Court and all parties that the judgment, entered in the above-captioned matter on November 5, 2021 (ECF # 86, PageID # 1443) against Defendant has been satisfied in full for the sum of $105,000 in compensatory damages, $81,084.90 in attorneys' fees and $3,336.10 in costs. (*See* ECF #106, PageID #2025-2049). This matter hereby is closed. Payment has been made to Plaintiff in full satisfaction of the judgment.

The above satisfaction includes all costs and all amounts due and owing to the Plaintiff and further resolves any and all pending claims in the above titled action.

The Clerk of Courts is hereby authorized to file this Satisfaction of Judgment for the record.

1

Respectfully submitted,

/s/ *Fred M. Bean* (per email authorization)  
Fred M. Bean (0086756)  
Taurean J. Shattuck (0097364)  
THE SPITZ LAW FIRM, LLC  
25825 Science Park Drive, Suite 200  
Beachwood, OH  44122  
Telephone:  216.291.4744  
Facsimile:  216.291.5744  
Email:  fred.bean@spitzlawfirm.com  
         taurean.shattuck@spitzlawfirm.com

/s/ *Jennifer F. Phillips*  
Timothy T. Brick (0040526)  
Jennifer F. Phillips (0076769)  
GALLAGHER SHARP LLP  
1215 Superior Avenue, 7th Floor  
Cleveland, OH  44114  
Telephone  216.522.1091  
Facsimile:  216.241.1608  
Email: tbrick@gallaghersharp.com  
         jphillips@gallaghersharp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

/s/Jennifer F. Phillips  
**TIMOTHY T. BRICK (0040526)**  
**JENNIFER F. PHILLIPS (0076769)**  
*Attorneys for Defendant Greater Cleveland Regional Transit Authority*